FILED: May 28, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1441
(3:10-cv-00553-GCM-DSC)

_____

In re: OLD REPUBLIC INSURANCE COMPANY

Petitioner

_____

O R D E R

_____

Upon review of submissions relative to the petition for writ of mandamus, the court denies the petition.

Entered at the direction of Judge Wynn with the concurrence of Judge Gregory and Senior Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk